## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   JOSEPH L. WATFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-21-1079-J |
| | ) | |
| (1)   BASIN LOGISTICS, LLC, | ) | |
| a Texas domestic limited liability | ) | |
| company; and | ) | |
| | ) | |
| (2)   LAWRENCE BERT RAY, | ) | |
| | ) | |
| Defendants. | ) | |

## **COMPLAINT**
(JURY TRIAL DEMANDED)

COMES NOW the Plaintiff, JOSEPH L. WATFORD, by and through his attorney of record, James F. Self, Jr. of Self & Associates, Inc., and for his cause of action against the Defendants, BASIN LOGISTICS, LLC and LAWRENCE BERT RAY, alleges and states as follows, to-wit:

1.  Plaintiff is an individual and citizen of the State of Oklahoma.

2.  Defendant, BASIN LOGISTICS, LLC, is a Texas domestic limited liability company, organized and existing under the laws of the State of Texas with its principal place of business in Texas, all members are citizens of Texas, and at all times material to this action, doing business in the State of Texas.

3.  Defendant, LAWRENCE BERT RAY, is an individual and upon information and belief, a citizen of the State of Texas, and was a citizen of the State of Texas at all times material to this action.

1

4. The occurrence which is the subject matter of this litigation occurred in Kingfisher County, Oklahoma.

5. This court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties have diverse citizenship, the cause of action arose in Kingfisher County, Oklahoma, and the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

6. On or about the 9th day of January, 2020, the Plaintiff, JOSEPH L. WATFORD, a State of Oklahoma resident, was driving a vehicle northbound on Calumet B.T. near the City of Okarche, Kingfisher County, Oklahoma. A semi-truck and trailer being driven by the Defendant, LAWRENCE BERT RAY, was travelling westbound on Waterloo Road, failed to yield from a stop sign, collided and striking the passenger side of the vehicle being driven by the Plaintiff, JOSEPH L. WATFORD, causing him to leave the roadway and roll his vehicle. Said collision causing severe personal injuries to the Plaintiff.

7. At the time and place of the collision, Defendant LAWRENCE BERT RAY, was driving a semi-truck that was operating under D.O.T. number 3141418, registered to BASIN LOGISTICS, LLC, 3719 94th Place, Lubbock, Texas 79423.

8. At the time and place of said collision, LAWRENCE BERT RAY, upon information and belief, was a resident and citizen of the State of Texas, and was the agent, servant, or employee of BASIN LOGISTICS, LLC.

9. Plaintiff's injuries were the direct and proximate result of the negligence of LAWRENCE BERT RAY, individually and as the agent, servant and/or employee of BASIN LOGISTICS, LLC. as follows:

a. The Defendant, LAWRENCE BERT RAY, failed to maintain a proper lookout for other traffic;

b. The Defendant, LAWRENCE BERT RAY, failed to devote his full time and attention to his driving;

c. The Defendant, LAWRENCE BERT RAY, recklessly failed to use his brakes and other mechanical means available to avoid the collision;

d. The Defendant, LAWRENCE BERT RAY, intentionally and willfully, or with gross negligence, drove through and disregarded a stop sign while recklessly travelling at an unsafe speed for road conditions without regard to other traffic including the Plaintiff;

e. The Defendant, LAWRENCE BERT RAY, was an inattentive driver and was distracted causing the collision; and

f. That the Defendant, BASIN LOGISTICS, LLC, exercised significant power and control over LAWRENCE BERT RAY on January 9, 2020, and prior thereto including the employment and training of LAWRENCE BERT RAY.

10. That Defendant, BASIN LOGISTICS, LLC, negligently hired, screened, retained, trained, or instructed the Defendant, LAWRENCE BERT RAY, with regard to the operation of its motor vehicle and his required compliance with both state and federal laws including the FMCSA regulations. Defendant, BASIN LOGISTICS, LLC, therefore

negligently entrusted their vehicle to the Defendant, LAWRENCE BERT RAY, and was individually negligent in contributing to the cause of the collision and Plaintiff's injuries.

11. That the actions of Defendants, BASIN LOGISTICS, LLC, and/or LAWRENCE BERT RAY, were intentional, willful, wanton, grossly negligent and reckless, without regard to the safety of the community as a whole and/or JOSEPH L. WATFORD in particular. Said actions entitle Plaintiff to an award of punitive damages.

12. As a result of the Defendants' negligence the Plaintiff, JOSEPH L. WATFORD, suffered serious physical injuries, said injuries are permanent, painful and progressive. As a result of said injuries, Plaintiff has incurred and will incur future medical expenses; lost wages; his earning capacity has been reduced; he has endured and will endure both physical and mental pain and suffering; will be permanently disabled/impaired and disfigured and he has been damaged in an aggregate sum in an amount in excess of $75,000.00.

WHEREFORE, Plaintiff, JOSEPH L. WATFORD, prays judgment against the Defendants herein, in an amount in excess of $75,000.00 together with interest and costs in this action. Plaintiff further prays judgment for punitive damages against the Defendants herein, in an amount in excess of $75,000.00, together with interest and costs in this action.

    Respectfully submitted,

    /s/ James F. Self, Jr.
    James F. Self, Jr.     OBA #8063
    SELF & ASSOCIATES, INC.
    7701 S. Western Avenue, #202

        Oklahoma City, OK  73139-2410
        Telephone:   (405) 685-2111
        Facsimile:    (405) 685-2189
        jself@aol.com; jo.selflaw@yahoo.com
        *Attorney for Plaintiff,*
        *JOSEPH L. WATFORD*

**ATTORNEY'S LIEN CLAIMED**

**JURY TRIAL DEMANDED**